

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00278-CV

Susan **CAMMACK**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

## O R D E R

    Appellant's opposed third motion for an extension of time to file the appellant's brief is granted. We **ORDER** appellant, Susan Cammack, to file her brief by October 29, 2018. Appellant is advised that no further extensions of time will be granted absent a timely motion that further (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts appellant has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court